```
 1  SHARI RUSK, Bar. No. 170313
    Attorney at Law
 2  P.O. Box 188945
    Sacramento, California  95818
 3  Telephone: (916) 804-8656

 4

 5
                  IN THE UNITED STATES DISTRICT COURT
 6
                FOR THE EASTERN DISTRICT OF CALIFORNIA
 7

 8
    UNITED STATES OF AMERICA,    )  CASE NO. 11-420 MCE
 9                               )
                    Plaintiff,   )  STIPULATION AND ORDER
10                               )  CONTINUING STATUS CONFERENCE
    v.                           )
11                               )  Date:  JANUARY 5, 2012
    WENDY GARDINER JOHNSTON,     )  Time:  9:00 a.m.
12                               )  Judge: Hon. Morrison C.
                    Defendant.   )  England
13                               )
                                 )
14                               )
                                 )
15                               )
                                 )
16                               )
```

    The parties to this action, defendant Wendy Gardiner Johnston and plaintiff United States of America, hereby stipulate through their respective attorneys to continue the status conference previously scheduled for November 3, 2011, to January 5, 2012, at 9:00 a.m. and that date is available with the Court.

    The government has provided discovery and a plea offer to the defense. The government will provide some additional discovery to the defendant, which should enable the parties to reach a resolution.

1

The parties agree that time should be excluded under 18 U.S.C. § 3161(h)(7)(A) and (B)(4) for defense preparation and under local code T4.

Respectfully submitted,

Dated: November 1, 2011  /s/ Shari Rusk_____
  Attoreny for Defendant
  Wendy Gardiner Johnston


  /s/ Todd Leras_____
  Assistant United States Attorney

**ORDER**

Based on the stipulation of the parties and good cause being shown, the status conference in this matter is continued to January 5, 2012, at 9:00 a.m. Time is excluded under the Speedy Trial Act pursuant to the reason stated in the stipulation of the parties. The Court finds that the ends of justice served by granting the continuance outweigh the best interest of the public and the Defendant in a speedy trial.

Dated: November 14, 2011

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE