SHARI RUSK, Bar. No. 170313
Attorney at Law
P.O. Box 188945
Sacramento, California  95818
Telephone: (916) 804-8656


IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA


| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CASE NO. 2:11-cr-00420-MCE |
| Plaintiff, | ) STIPULATION AND ORDER |
| | ) CONTINUING STATUS CONFERENCE |
| v. | ) |
| | ) Date:   April 26, 2012 |
| WENDY GARDINER JOHNSTON, | ) Time:    9:00 a.m. |
| | ) Judge:  Hon. Morrison C. |
| Defendant. | ) England |
| | ) |

        The parties to this action, defendant Wendy Gardiner

Johnston and plaintiff United States of America, hereby

stipulate through their respective attorneys to continue the

status conference previously scheduled for March 8, 2012, to

April 26, 2012 at 9:00 a.m.

        The government has provided discovery and a plea offer to

the defense.  The government will provide some additional

discovery to the defendant, which should enable the parties to

reach a resolution.

1

The parties agree that time should be excluded under 18
U.S.C. § 3161(h)(8)(i) for defense preparation and under local
code T4.

Respectfully submitted,

Dated: March 1, 2012          /s/ Shari Rusk_____
                              Attoreny for Defendant
                              Wendy Gardiner Johnston


                              /s/ Todd Leras
                     Assistant United States Attorney


                              **ORDER**

    Based on the stipulation of the parties and good cause
being shown, the status conference in this matter is continued
to April 26, 2012, at 9:00 a.m.  Time is excluded under the
Speedy Trial Act pursuant to the reason stated in the
stipulation of the parties.
    It is so Ordered.

 Dated: March 8, 2012

                              _____
                              MORRISON C. ENGLAND, JR.
                              UNITED STATES DISTRICT JUDGE

                                  2