```
 1  SHARI RUSK, Bar. No. 170313
    Attorney at Law
 2  P.O. Box 188945
    Sacramento, California  95818
 3  Telephone: (916) 804-8656

 4

 5
                    IN THE UNITED STATES DISTRICT COURT
 6
                   FOR THE EASTERN DISTRICT OF CALIFORNIA
 7

 8
    UNITED STATES OF AMERICA,     )  CASE NO. 2:11-cr-00420-MCE
 9                                )
                    Plaintiff,    )  STIPULATION AND ORDER
10                                )  CONTINUING STATUS CONFERENCE
    v.                            )
11                                )  Date:  September 27, 2012
    WENDY GARDINER JOHNSTON,      )  Time:  9:00 a.m.
12                                )  Judge: Hon. Morrison C.
                    Defendant.    )  England
13                                )
                                  )
14                                )
                                  )
15                                )
                                  )
16                                )
```

The parties to this action, defendant Wendy Gardiner Johnston and plaintiff United States of America, hereby stipulate through their respective attorneys to continue the status conference previously scheduled for August 30, 2012 to September 27, 2012 at 9:00 a.m. and that date is available with the Court.

The parties are in negotiations, as well as defense investigation and believe that this matter will resolve once investigation is complete, thus the parties request that the status conference be continued to September 27, 2012 and that

1

date is available with the Court.

For the purpose of computing time under the Speedy Trial Act, 18 United States Code Section 3161(h)(7)(A) within which trial must commence, the time period of August 30, 2012 to September 27, 2012, inclusive, is deemed excludable pursuant to 18 United States Code Section 3161(h)(7)(A) ) and (B)(ii) and (iv), corresponding to Local Code T-4 because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

Respectfully submitted,

Dated: August 28, 2012  /s/ Shari Rusk_____
                         Attoreny for Defendant
                         Wendy Gardiner Johnston


                         /s/ Todd Leras
                         Todd Leras
                         Assistant United States Attorney

| | |
|---|---|
| 1 | **ORDER** |
| 2 | |

Based on the stipulation of the parties and good cause being shown, the status conference in this matter is continued to September 27, 2012, at 9:00 a.m. Time is excluded under the Speedy Trial Act pursuant to the reason stated in the stipulation of the parties.

Dated: September 7, 2012

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE