SHARI RUSK, Bar. No. 170313
Attorney at Law
P.O. Box 188945
Sacramento, California 95818
Telephone: (916) 804-8656

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO. 11-420 MCE |
| Plaintiff, ) | STIPULATION AND ORDER CONTINUING STATUS CONFERENCE |
| v. ) | |
| WENDY GARDINER JOHNSTON, ) | Date: October 25, 2012<br>Time: 9:00 a.m.<br>Judge: Hon. Morrison C. England |
| Defendant. ) | |

 The parties to this action, defendant Wendy Gardiner Johnston and plaintiff United States of America, hereby stipulate through their respective attorneys to continue the status conference previously scheduled for September 27, 2012 to October 25, 2012 at 9:00 a.m. and that date is available with the Court.

 The parties are in negotiations, as well as defense investigation and believe that this matter will resolve once investigation is complete. The parties are close to memorializing a final plea agreement, thus the parties request

1

that the status conference be continued to October 25, 2012 and that date is available with the Court.

For the purpose of computing time under the Speedy Trial Act, 18 United States Code Section 3161(h)(7)(A) within which trial must commence, the time period of September 27, 2012 to October 25, 2012, inclusive, is deemed excludable pursuant to 18 United States Code Section 3161(h)(7)(A) ) and (B)(ii) and (iv), corresponding to Local Code T-4 because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

Respectfully submitted,

Dated: September 25, 2012   /s/ Shari Rusk_____
                                      Attorney for Defendant
                                        Wendy Gardiner Johnston


                                      /s/ Todd Leras
                                      Todd Leras
                                      Assistant United States Attorney

**ORDER**

Based on the stipulation of the parties and good cause being shown, the status conference in this matter is continued to October 25, 2012, at 9:00 a.m.

Time is excluded under the Speedy Trial Act pursuant to the reason stated in the stipulation of the parties.

IT IS SO ORDERED.

Dated: September 28, 2012

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE