SHARI RUSK, Bar. No. 170313
Attorney at Law
P.O. Box 188945
Sacramento, California 95818
Telephone: (916) 804-8656

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:11-cr-00420-MCE |
| Plaintiff, | |
| v. | STIPULATION AND ORDER CONTINUING STATUS CONFERENCE |
| WENDY GARDINER JOHNSTON, | Date: February 21, 2013 |
| Defendant. | Time: 9:00 a.m. |
| | Judge: Hon. Morrison C. England |

The parties to this action, defendant Wendy Gardiner Johnston and plaintiff United States of America, hereby stipulate through their respective attorneys to continue the status conference previously scheduled for January 31, 2013 at 9:00 a.m. to February 21, 2013, and that date is available with the Court.

The parties have resolved most of the outstanding issues and are adjusting a written plea agreement, accordingly.

///
///
///

1

1  The parties are in negotiations, as well as defense
2  investigation that the parties believe will result in a final
3  plea agreement being memorialized prior to the next status
4  conference date of February 21, 2013.

   For the purpose of computing time under the Speedy Trial
Act, 18 United States Code Section 3161(h)(7)(A) within which
trial must commence, the time period of November January 22,
2013 to February 21, 2013, inclusive, is deemed excludable
pursuant to 18 United States Code Section 3161(h)(7)(A) ) and
(B)(ii) and (iv), corresponding to Local Code T-4 because it
results from a continuance granted by the Court at defendant's
request on the basis of the Court's finding that the ends of
justice served by taking such action outweigh the best interest
of the public and the defendant in a speedy trial.


                                  Respectfully submitted,


Dated: January 22, 2013           /s/ Shari Rusk_____
                                  Attoreny for Defendant
                                    Wendy Gardiner Johnston



                                   /s/ Todd Leras
                                   Todd Leras
                                   Assistant United States Attorney

**ORDER**

Based on the stipulation of the parties and good cause being shown, the status conference in this matter is continued to February 21, 2013, at 9:00 a.m. Time is excluded under the Speedy Trial Act pursuant to the reason stated in the stipulation of the parties.

IT IS SO ORDERED.

Dated: January 23, 2013

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT JUDGE