```
BENJAMIN B. WAGNER
United States Attorney
TODD D. LERAS
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone: (916) 554-2918
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>WENDY JOHNSTON,<br><br>　　　　Defendant. | CASE NO. 2:11-0420 MCE<br><br>STIPULATION AND<br>ORDER CONTINUING STATUS<br>CONFERENCE |

IT IS HEREBY STIPULATED by and between Plaintiff United States of America and Attorney Shari Rusk, Counsel for Defendant Wendy Johnston, that the status conference scheduled for March 14, 2013, be continued to April 4, 2013.

The request to continue the status conference is made on the ground that pending settlement negotiations between the parties have resulted in amendments to a pending plea agreement. Defense counsel requires additional time to review the revised settlement offer with her client. Both parties agree that an exclusion of time is appropriate under 18 U.S.C. § 3161(h)(7)(B)(iv); Local Code T4 (reasonable time to prepare).

1

1 | Shari Rusk agrees to this request and has authorized
2 | Assistant United States Attorney Todd D. Leras to sign this
3 | stipulation on her behalf.

DATED: March 12, 2013    By: /s/ Todd D. Leras
                             TODD D. LERAS
                             Assistant U.S. Attorney


DATED: March 12, 2013    By: /s/ Todd D. Leras for
                             SHARI L. RUSK
                             Attorney for Defendant
                             WENDY JOHNSTON

**IT IS HEREBY ORDERED:**

1. The status conference set for March 14, 2013, is continued to April 4, 2013, at 9:00 a.m.

2. Based on the stipulations and representations of the parties, the Court finds that the ends of justice outweigh the best interest of the public and Defendant in a speedy trial. Accordingly, time under the Speedy Trial Act shall be excluded under 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T4 (reasonable time to prepare) up to and including April 4, 2013.

IT IS SO ORDERED.

Dated: March 14, 2013

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT JUDGE