```
1   SHARI RUSK, Bar. No. 170313
    Attorney at Law
2   P.O. Box 188945
    Sacramento, California  95818
3   Telephone: (916) 804-8656
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,      ) | CASE NO. 11-420 MCE |
|                                ) | |
|               Plaintiff,       ) | STIPULATION AND ORDER |
|                                ) | CONTINUING STATUS CONFERENCE |
| v.                             ) | |
|                                ) | Date:   May 16, 2013 |
| WENDY GARDINER JOHNSTON,       ) | Time:   9:00 a.m. |
|                                ) | Judge:  Hon. Morrison C. |
|               Defendant.       ) | England |

The parties to this action, defendant Wendy Gardiner Johnston and plaintiff United States of America, hereby stipulate through their respective attorneys to continue the status conference previously scheduled for April 4, 2013,at 9:00 a.m. to May 16, 2013 and that date is available with the Court.

The parties are engaged in modifying a written plea agreement and expect to enter a plea at the next court date. The parties are in the final stages of negotiation, as well as defense investigation that the parties believe will result in a final plea agreement being memorialized prior to the next status

1

1  conference date of May 16, 2013.

   For the purpose of computing time under the Speedy Trial Act, 18 United States Code Section 3161(h)(7)(A) within which trial must commence, the time period of April 4, 2013, to May 16, 2013 inclusive, is deemed excludable pursuant to 18 United States Code Section 3161(h)(7)(A) ) and (B)(ii) and (iv), corresponding to Local Code T-4 because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

                                    Respectfully submitted,

   Dated: April 1, 2013         /s/ Shari Rusk
                                Attorney for Defendant
                                Wendy Gardiner Johnston


                                 /s/ Todd Leras
                                Todd Leras
                                Assistant United States Attorney


                                **ORDER**

   Based on the stipulation of the parties and good cause being shown, the status conference in this matter is continued to May 16, 2013, at 9:00 a.m.  Time is excluded under the Speedy Trial Act pursuant to the reason stated in the stipulation of

                                      2

the parties.

   IT IS SO ORDERED.

Date:  April 04, 2013

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT JUDGE